UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNIVERSAL GRADING SERVICE, JOHN CALLANDRELLO, JOSEPH KOMITO and VADIM KIRICHENKO, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>eBAY INC., a foreign corporation, AMERICAN NUMISMATIC ASSOCIATION, a foreign non-profit association, and PROFESSIONAL NUMISMATISTS GUILD, INC., a foreign corporation, BARRY STUPPLER & COMPANY, LLC.,<br><br>Defendants. | Case No. CV 09-02755 RMW<br><br>**[ ] ORDER SELECTING ADR PROCESS**<br><br>**Stipulation filed Concurrently**<br><br>Judge: Hon. Ronald M. Whyte |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

**[ ] ORDER**
**CASE NO. CV 09-02755 RMW**

| | |
|---|---|
| 1 | **ORDER** |
| 2 | PURSUANT TO THE STIPULATION, the above captioned matter is hereby referred to |
| 3 | Mediation, and the deadline for the ADR session is 120 days from the date of the Court's ruling |
| 4 | on Defendants' Motions to Dismiss. |
| 5 | IT IS SO ORDERED. |
| 6 | Dated ____11/17_____, 2009 *Ronald M. Whyte* |
| 7 | The Honorable Ronald M. Whyte<br>United States District Judge |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

XXXXX | ORDER
CASE NO. CV 09-02755 RMW