*E-FILED - 11/17/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNIVERSAL GRADING SERVICE, JOHN CALLANDRELLO, JOSEPH KOMITO and VADIM KIRICHENKO, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>eBAY INC., a foreign corporation, AMERICAN NUMISMATIC ASSOCIATION, a foreign non-profit association, and PROFESSIONAL NUMISMATISTS GUILD, INC., a foreign corporation, BARRY STUPPLER & COMPANY, LLC.,<br><br>Defendants. | Case No. CV 09-02755 RMW<br><br>**[] ORDER SELECTING ADR PROCESS**<br><br>**Stipulation filed Concurrently**<br><br>Judge:  Hon. Ronald M. Whyte |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

[] ORDER
CASE NO. CV 09-02755 RMW

1 **ORDER**

2    PURSUANT TO THE STIPULATION, the above captioned matter is hereby referred to
3 Mediation, and the deadline for the ADR session is 120 days from the date of the Court's ruling
4 on Defendants' Motions to Dismiss.

5    IT IS SO ORDERED.

6 Dated ___11/17_____, 2009   *Ronald M. Whyte*
                                    _____
7                                   The Honorable Ronald M. Whyte
                                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

XXXXX | ORDER
CASE NO. CV 09-02755 RMW