| | |
|---|---|
| **UNITED STATES DISTRICT COURT NORTHERN DISTICT OF CALIFORNIA SAN JOSE DIVISION** | Civil Action No. **5:09-cv-02755-RMW** |
| UNIVERSAL GRADING SERVICE, JOHN CALLANDRELLO, JOSEPH KOMITO and VADIM KIRICHENKO individually and on behalf of others similarly situated, | **STIPULATION** |
| Plaintiffs, | Judge: Hon. Ronald M. Whyte |
| v. | |
| eBAY, INC., a foreign corporation, AMERICAN NUMISMATIC ASSOCIATION, a foreign non-profit association, and PROFESSIONAL NUMISMATISTS GUILD, INC., a foreign corporation, BARRY STUPPLER & COMPANY, LLC., BARRY STUPPLER | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto through their respective counsel of record, that:

**1.** Plaintiffs will file a motion to amend their complaint pursuant to Federal Rule of Civil Procedure 15 on or before January 22, 2010;

**2.** Defendant ANA will file their Opposition to Plaintiffs' motion to amend their complaint on or before February 22, 2010;

**3.** Plaintiffs will file their reply in support of their motion to amend their complaint on or before March 8, 2010;

**4.** The Court will hear Plaintiffs' motion to amend their complaint on March 19, 2010 at 9:00 a.m.;

**IT IS SO STIPULATED.**
Dated: January 15, 2010

MARINA TRUBITSKY & ASSOCIATES

/s/ Marina Trubitsky

_____
By: Marina Trubitsky, Esq.
 Attorneys for Plaintiffs
UNIVERSAL GRADING SERVICE, JOHN CALLANDRELLO, JOSEPH KOMITO and VADIM KIRICHENKO


COOLEY GODWARD KRONICH LLP

/s/ Ben Chapman
_____
By: Benjamin Chapman
Attorneys for Defendant EBAY INC.


ROPERS, MAJESKI, KOHN & BENTLEY

/s/ Jung H. Park
_____
Attorneys for Defendant
AMERICAN NUMISMATIC ASSOCIATION


COLE, SCOTT A' KISSANE, P.A.

/s/ Robert E. O'Quinn
_____
Attorneys for Defendant
PROFESSIONAL NUMISMATICS GUILD, INC.

**GOOD CAUSE APPEARING**,
**IT IS SO ORDERED.**
Dated: __ 2/2 _____, 2010

_Ronald M. Whyte_
_____
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE