| | |
|---|---|
| **UNITED STATES DISTRICT COURT NORTHERN DISTICT OF CALIFORNIA SAN JOSE DIVISION**<br><br>UNIVERSAL GRADING SERVICE, JOHN CALLANDRELLO, JOSEPH KOMITO and VADIM KIRICHENKO individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>eBAY, INC., a foreign corporation, AMERICAN NUMISMATIC ASSOCIATION, a foreign non-profit association, and PROFESSIONAL NUMISMATISTS GUILD, INC., a foreign corporation, BARRY STUPPLER & COMPANY, LLC., BARRY STUPPLER<br><br>        Defendants. | Civil Action No. **5:09-cv-02755-RMW**<br><br>**STIPULATION AND ORDER**<br><br>Judge: Hon. Ronald M. Whyte |

    **IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto through their respective counsel of record, that:

**1.** Plaintiffs will file a reply to Defendant ANA's motion in opposition to Plaintiffs' motion to Amend on or before March 15, 2010.

**IT IS SO STIPULATED.**
Dated: March 5, 2010

                              MARINA TRUBITSKY & ASSOCIATES

                              /s/ Marina Trubitsky

                              _____
                              By: Marina Trubitsky, Esq.
                               Attorneys for Plaintiffs

UNIVERSAL GRADING SERVICE, JOHN CALLANDRELLO, JOSEPH KOMITO and VADIM KIRICHENKO

ROPERS, MAJESKI, KOHN & BENTLEY

/s/ Jung H. Park
_____
Attorneys for Defendant
AMERICAN NUMISMATIC ASSOCIATION

*Please note that the motion hearing on plaintiff's motion to amend is continued to March 26, 2010.

**GOOD CAUSE APPEARING**,
**IT IS SO ORDERED.**
Dated: __3/9_____, 2010
_____*Ronald M. Whyte*_____
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE