*E-FILED - 3/9/10*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTICT OF CALIFORNIA**
**SAN JOSE DIVISION**

UNIVERSAL GRADING SERVICE, JOHN CALLANDRELLO, JOSEPH KOMITO and VADIM KIRICHENKO individually and on behalf of others similarly situated,

    Plaintiffs,

  v.

eBAY, INC., a foreign corporation, AMERICAN NUMISMATIC ASSOCIATION, a foreign non-profit association, and PROFESSIONAL NUMISMATISTS GUILD, INC., a foreign corporation, BARRY STUPPLER & COMPANY, LLC., BARRY STUPPLER

    Defendants.

Civil Action No. **5:09-cv-02755-RMW**

**STIPULATION AND ORDER**

Judge: Hon. Ronald M. Whyte

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto through their respective counsel of record, that:

**1.** Plaintiffs will file a reply to Defendant ANA's motion in opposition to Plaintiffs' motion to Amend on or before March 15, 2010.

**IT IS SO STIPULATED.**
Dated: March 5, 2010

           MARINA TRUBITSKY & ASSOCIATES

           /s/ Marina Trubitsky

           _____
           By: Marina Trubitsky, Esq.
            Attorneys for Plaintiffs

UNIVERSAL GRADING SERVICE, JOHN CALLANDRELLO, JOSEPH KOMITO and VADIM KIRICHENKO

ROPERS, MAJESKI, KOHN & BENTLEY

/s/ Jung H. Park
_____
Attorneys for Defendant
AMERICAN NUMISMATIC ASSOCIATION

*Please note that the motion hearing on plaintiff's motion to amend is continued to March 26, 2010.

**GOOD CAUSE APPEARING**,
**IT IS SO ORDERED.**
Dated: __ 3/9 _____, 2010
_____*Ronald M. Whyte*_____
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE