| | |
|---|---|
| **UNITED STATES DISTRICT COURT NORTHERN DISTICT OF CALIFORNIA SAN JOSE DIVISION**<br><br>UNIVERSAL GRADING SERVICE, JOHN CALLANDRELLO, JOSEPH KOMITO and VADIM KIRICHENKO individually and on behalf of others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>eBAY, INC., a foreign corporation, AMERICAN NUMISMATIC ASSOCIATION, a foreign non-profit association, and PROFESSIONAL NUMISMATISTS GUILD, INC., a foreign corporation, BARRY STUPPLER & COMPANY, LLC., BARRY STUPPLER<br><br>        Defendants. | <u>*E-FILED - 3/11/10*</u><br><br>Civil Action No. **5:09-cv-02755-RMW**<br><br>**STIPULATION AND ORDER**<br><br>Judge: Hon. Ronald M. Whyte |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto through their respective counsel of record, that:

**1.** The Court will hear Plaintiffs' Motion to Amend their Complaint on April 9, 2010 at 9:00 a.m.;

**IT IS SO STIPULATED.**
Dated: March 9, 2010

                                        MARINA TRUBITSKY & ASSOCIATES

                                        /s/ Marina Trubitsky

                                        _____
                                        By: Marina Trubitsky, Esq.
                                         Attorneys for Plaintiffs

UNIVERSAL GRADING SERVICE, JOHN CALLANDRELLO, JOSEPH KOMITO and VADIM KIRICHENKO

COOLEY GODWARD KRONICH LLP

/s/ Ben Chapman
_____
By: Benjamin Chapman
Attorneys for Defendant EBAY INC.

ROPERS, MAJESKI, KOHN & BENTLEY

/s/ Jung H. Park
_____
Attorneys for Defendant
AMERICAN NUMISMATIC ASSOCIATION

COLE, SCOTT A' KISSANE, P.A.

/s/ Robert E. O'Quinn
_____
Attorneys for Defendant
PROFESSIONAL NUMISMATICS GUILD, INC.

**GOOD CAUSE APPEARING,
IT IS SO ORDERED.**
Dated: __3/11_____, 2010
_____
*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE