*E-FILED - 3/11/10*

| | |
|---|---|
| **UNITED STATES DISTRICT COURT NORTHERN DISTICT OF CALIFORNIA SAN JOSE DIVISION** | Civil Action No. **5:09-cv-02755-RMW** |
| UNIVERSAL GRADING SERVICE, JOHN CALLANDRELLO, JOSEPH KOMITO and VADIM KIRICHENKO individually and on behalf of others similarly situated, | **STIPULATION AND ORDER** |
| Plaintiffs, | Judge: Hon. Ronald M. Whyte |
| v. | |
| eBAY, INC., a foreign corporation, AMERICAN NUMISMATIC ASSOCIATION, a foreign non-profit association, and PROFESSIONAL NUMISMATISTS GUILD, INC., a foreign corporation, BARRY STUPPLER & COMPANY, LLC., BARRY STUPPLER | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto through their respective counsel of record, that:

**1.** The Court will hear Plaintiffs' Motion to Amend their Complaint on April 9, 2010 at 9:00 a.m.;

**IT IS SO STIPULATED.**
Dated: March 9, 2010

MARINA TRUBITSKY & ASSOCIATES

/s/ Marina Trubitsky

_____
By: Marina Trubitsky, Esq.
 Attorneys for Plaintiffs

UNIVERSAL GRADING SERVICE, JOHN CALLANDRELLO, JOSEPH KOMITO and VADIM KIRICHENKO

COOLEY GODWARD KRONICH LLP

/s/ Ben Chapman
_____
By: Benjamin Chapman
Attorneys for Defendant EBAY INC.

ROPERS, MAJESKI, KOHN & BENTLEY

/s/ Jung H. Park
_____
Attorneys for Defendant
AMERICAN NUMISMATIC
ASSOCIATION

COLE, SCOTT A' KISSANE, P.A.

/s/ Robert E. O'Quinn
_____
Attorneys for Defendant
PROFESSIONAL NUMISMATICS
GUILD, INC.

**GOOD CAUSE APPEARING**,
**IT IS SO ORDERED.**
Dated: _ 3/11 _____, 2010
_____*Ronald M. Whyte*_____
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE