1
2
3
4
5                                              *E-FILED - 4/7/10*
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10                                SAN JOSE DIVISION
11

| | |
|---|---|
| 12  UNIVERSAL GRADING SERVICE, JOHN CALLANDRELLO, JOSEPH KOMITO and VADIM KIRICHENKO, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>eBAY, INC., a foreign corporation, AMERICAN NUMISMATIC ASSOCIATION, a foreign non-profit association, and PROFESSIONAL NUMISMATISTS GUILD, INC., a foreign corporation, BARRY STUPPLER & COMPANY, LLC.,<br><br>Defendants. | Case No.  C 09 02755 RMW (HRL)<br><br>**STIPULATION FOR PLAINTIFFS TO FILE THIRD AMENDED COMPLAINT, SETTING BRIEFING SCHEDULE FOR MOTIONS TO DISMISS, AND SETTING NEW CASE MANAGEMENT CONFERENCE DATE** |

1

1  Plaintiffs Universal Grading Service, John Callandrello, Joseph Komito, and Vadim Kirichenko ("Plaintiffs"), on the one hand, and Defendants eBay Inc. ("eBay") and Professional Numismatists Guild, Inc. ("PNG") (collectively "Defendants"), on the other hand, by and through their undersigned counsel, stipulate as follows:

WHEREAS, Plaintiffs desire to file a Third Amended Complaint;

WHEREAS, Defendants eBay and PNG did not oppose Plaintiffs request to file a Third Amended Complaint, but defendant American Numismatic Association ("ANA") did;

WHEREAS, on January 22, 2010, Plaintiffs filed their Motion for Leave to File a Third Amended Complaint (Docket #108), which was set for hearing on April 9;

WHEREAS, on February 19, 2010, ANA filed an opposition to Plaintiffs' Motion for Leave to File a Third Amended Complaint (Docket #113);

WHEREAS, on or about March 12, 2010, Plaintiffs and ANA reached a settlement of their dispute, and on March 15, ANA withdrew their Opposition to Plaintiffs' Motion for Leave to File a Third Amended Complaint (Docket #119);

WHEREAS, on March 16, Plaintiffs withdrew their Motion for Leave to Amend to File a Third Amended Complaint (Docket # 120);

WHEREAS, defendants eBay and PNG intend to file motions to dismiss attacking some/all of the claims asserted in Plaintiffs' proposed Third Amended Complaint;

WHEREAS, the Court set a Case Management Conference for April 9, the same date Plaintiffs' Motion for Leave to File a Third Amended Complaint was set for hearing (Docket #118);

WHEREAS, for the convenience of the Court and the parties, to avoid unnecessary motion practice and to streamline relevant dates;

NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties as follows:

1. Plaintiffs' proposed Third Amended Complaint, which was previously filed as Docket #110 as part of Plaintiffs' Motion for Leave to File a Third Amended Complaint, is deemed to be the operative complaint in this Action.

1      2.     Defendants shall file their respective motions to dismiss on or before May 14, 2010.

3      4.     Plaintiffs shall file their Oppositions to Defendants' respective motions to dismiss on or before July 1, 2010.

5      5.     Defendants shall file their replies in support of their motions to dismiss on or before July 23, 2010.

7      6.     Defendants' motions to dismiss shall be heard on August 13, 2010 at 9:00 a.m.

8      7.     A Case Management Conference shall take place on August 13, 2010 at 10:30 a.m. in the same Court.

10     8.     The parties shall file a Revised Case Management Statement on or before August 6, 2010.

Dated: March 29, 2010

MARINA TRUBITSKY & ASSOCIATES
MARINA TRUBITSKY (PRO HAC VICE TO BE FILED)

BY: s/ Marina Trubitsky
MARINA TRUBITSKY

Attorneys for Plaintiffs Universal Grading Service, John Callandrello, Joseph Komito, and Vadim Kirichenko

Dated: March 29, 2010

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES (116127)
BENJAMIN F. CHAPMAN (234436)

BY: s/ Benjamin F. Chapman
BENJAMIN F. CHAPMAN (234436)

Attorneys for Defendant eBay Inc.

1  Dated: March 29, 2010                COLE, SCOTT & KISSANE
                                        ROBERT O'QUINN (PRO HAC VICE TO BE
2                                       FILED)

3                                       BY: s/ Robert O'Quinn_____
                                        ROBERT O'QUINN
4
                                        Attorneys for Defendant Professional Numismatic
5                                       Guild, Inc.

6
   **THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.**
7
                                        *Ronald M. Whyte*
   DATED:   4/7/10                      _____
8                                       United States District Court Judge

9

10

...

                            4                    **STIPULATION**
                                            CASE NO. C 09 02755 RMW (HRL)