1  ANDREW L. MARGULIS (AM 9234) (admitted pro hac vice)
2  JUNG H. PARK (SBN 209473)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  17 State Street, Suite 2400
   New York, New York 10004
4  Telephone:   (212) 668-5927
   Facsimile:   (212) 668-5929
5
   ELISE R. VASQUEZ (SBN 201190)
6  ROPERS, MAJESKI, KOHN & BENTLEY
   50 WEST SAN FERNANDO ST., SUITE 1400
7  SAN JOSE, CA 95113
   TELEPHONE:  (408) 287-6262
8  FACSIMILE:  (408) 918-4501

9  Attorneys for Defendant
   AMERICAN NUMISMATIC ASSOCIATION

*E-FILED - 4/15/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNIVERSAL GRADING SERVICE, JOHN CALLANDRELLO, JOSEPH KOMITO and VADIM KIRICHENKO individually and on behalf of others similarly situated, Plaintiffs, v. eBAY, INC., a foreign corporation, AMERICAN NUMISMATIC ASSOCIATION, a foreign non-profit association, and PROFESSIONAL NUMISMATISTS GUILD, INC., a foreign corporation, BARRY STUPPLER & COMPANY, LLC., Defendants. | CASE NO.  5:09-cv-02755 (RMW/HRL)<br><br>**STIPULATION AND ORDER TO WITHDRAW DEFENDANT AMERICAN NUMISMATIC ASSOCIATION'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT** |
|---|---|

RC1/5527909.1/JP5

1  WHEREAS on March 12, 2010, Plaintiffs UNIVERSAL GRADING SERVICE, JOHN
2  CALLANDRELLO, JOSEPH KOMITO and VADIM KIRICHENKO (collectively referred
3  hereafter as "Plaintiffs") and Defendant American Numismatic Association ("ANA") agreed to
4  settle Plaintiffs' action against ANA and Defendant Barry Stuppler & Company, LLC, who is
5  being separately represented, with prejudice;

6  WHEREAS there is currently pending Plaintiffs' motion for leave to file a Third
7  Amended Complaint, which is scheduled to be argued on April 9, 2010 before the Honorable
8  Judge Whyte;

9  WHEREAS, ANA opposed Plaintiffs' motion for leave to file a Third Amended
10  Complaint;

11  IT IS HEREBY STIPULATED AND AGREED that, in light of the settlement, ANA
12  withdraws its opposition to Plaintiffs' motion for leave to file a Third Amended Complaint.

13  Dated: New York, New York.
       March 15, 2010                                Respectfully submitted,
14
15
16  MARINA TRUBITSKY & ASSOCIATES        ROPERS, MAJESKI, KOHN & BENTLEY
17
     /s/ Marina Trubitsky
18  By: Marina Trubitsky, Esq.             By:  /s/ Jung H. Park
     Attorneys for Plaintiffs                   ANDREW L. MARGULIS (AM 9234)
19  UNIVERSAL GRADING SERVICE, JOHN            JUNG H. PARK (JP 4500)
     CALLANDRELLO, JOSEPH KOMITO and            Attorneys for Defendant
20  VADIM KIRICHENKO                           AMERICAN NUMISMATIC
                                                ASSOCIATION
21

22  GOOD CAUSE APPEARING,
23  IT IS SO ORDERED.
24  Dated: __4/15__, 2010

25  _Ronald M. Whyte_____
26  HONORABLE RONALD M. WHYTE
27  UNITED STATES DISTRICT JUDGE
28

RC1/5527909.1/JP5                    - 1 -