*E-FILED - 7/14/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNIVERSAL GRADING SERVICE, JOHN CALLANDRELLO, JOSEPH KOMITO and VADIM KIRICHENKO, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>eBAY, INC., a foreign corporation, AMERICAN NUMISMATIC ASSOCIATION, a foreign non-profit association, and PROFESSIONAL NUMISMATISTS GUILD, INC., a foreign corporation, BARRY STUPPLER & COMPANY, LLC.,<br><br>Defendants. | Case No.  C 09 02755 RMW (HRL)<br><br>**STIPULATION EXTENDING TIME TO FILE OPPOSITION**<br>**AND ORDER** |

1    Plaintiffs Universal Grading Service, John Callandrello, Joseph Komito, and Vadim
2    Kirichenko ("Plaintiffs"), on the one hand, and Defendants eBay Inc. ("eBay") and Professional
3    Numismatists Guild, Inc. ("PNG") (collectively "Defendants"), on the other hand, by and through
4    their undersigned counsel, stipulate as follows:

5    1.   Plaintiffs shall file their Oppositions to Defendants' respective motions to dismiss
6    on or before July 23, 2010.

7    5.   Defendants shall file their replies in support of their motions to dismiss on or
8    before August 13, 2010.

9    6.   Defendants' motions to dismiss shall be heard on September 3, 2010 at 9:00 a.m.

10   7.   A Case Management Conference shall take place on September 3, 2010 at 10:30
11   a.m. in the same Court.

12   8.   The parties shall file a Revised Case Management Statement on or before August
13   27, 2010.

Dated: June 29, 2010            MARINA TRUBITSKY & ASSOCIATES
                                MARINA TRUBITSKY (PRO HAC VICE TO BE
                                FILED)

                                BY: s/ Marina Trubitsky
                                MARINA TRUBITSKY

                                Attorneys for Plaintiffs Universal Grading Service,
                                John Callandrello, Joseph Komito, and Vadim
                                Kirichenko

Dated: June 29, 2010            COOLEY GODWARD KRONISH LLP
                                MICHAEL G. RHODES (116127)
                                BENJAMIN F. CHAPMAN (234436)

                                BY: s/ Benjamin F. Chapman
                                BENJAMIN F. CHAPMAN (234436)

                                Attorneys for Defendant eBay Inc.

1  Dated: June 29, 2010                           COLE, SCOTT & KISSANE
                                                  ROBERT O'QUINN (PRO HAC VICE TO BE
2                                                 FILED)

3                                                 BY: s/ Robert O'Quinn_____
                                                  ROBERT O'QUINN
4
                                                  Attorneys for Defendant Professional Numismatic
5                                                 Guild, Inc.

6
    **THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.**
7
    DATED:    _7/14/10___           _____*Ronald M. Whyte*_____
8                                                 United States District Court Judge