**E-FILED on** 7/19/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNIVERSAL GRADING SERVICE, et al., | No. C-09-2755 RMW |
| Plaintiffs, | |
| v. | ORDER |
| EBAY, INC., et al., | **[Re Docket No. 130]** |
| Defendants. | |

  Plaintiffs' counsel's July 15, 2010 letter requests leave to file a consolidated memorandum of points and authorities in opposition to defendants' two motions to dismiss, not to exceed 100 pages. The court construes this request as an administrative motion made pursuant to Civil Local Rule 7-11. Plaintiffs have failed to demonstrate good cause to exceed the page limits set forth in Civil Local Rule 7-3. Accordingly, plaintiffs' request is denied.

DATED:   7/19/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER—No. C-09-2755 RMW
TER