COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

BENJAMIN F. CHAPMAN (234436) (bchapman@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:   (858) 550-6000
Facsimile:   (858) 550-6420

Attorneys for Defendant eBay Inc.

E-File 8/5/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNIVERSAL GRADING SERVICE, JOHN CALLANDRELLO, JOSEPH KOMITO and VADIM KIRICHENKO, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>eBAY, INC., a foreign corporation, AMERICAN NUMISMATIC ASSOCIATION, a foreign non-profit association, and PROFESSIONAL NUMISMATISTS GUILD, INC., a foreign corporation, BARRY STUPPLER & COMPANY, LLC.,<br><br>Defendants. | Case No.  C 09 02755 RMW (HRL)<br><br>~~eBay Inc.'s Request for Extension to File Reply in Support of Motion to Dismiss and [Proposed]~~ Order Granting Request<br><br>Date:        September 3, 2010<br>Time:        9:00 a.m.<br>Judge:       Hon. Ronald M. Whyte<br>Trial Date:  Not yet set |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

~~REQUEST FOR EXTENSION AND [PROPOSED]~~ ORDER
CASE NO. CV 09-02755 RMW (HRL)

On July 22, 2010, this Court entered an Order (Docket #133) allowing plaintiffs five additional court days to file their opposition to eBay Inc.'s motion to dismiss. The Court noted that it would "also give defendants a similar extension for their reply briefs, if requested." eBay hereby respectfully requests an additional five court days to file its reply brief.

Dated: August 4, 2010                           COOLEY LLP


BY: s/Benjamin F. Chapman
BENJAMIN F. CHAPMAN (234436)

Attorneys for eBay Inc.

### ~~PROPOSED~~ ORDER

Defendant eBay Inc.'s request for five additional court days to file its reply in support of its motion to dismiss is granted. eBay's reply brief shall be filed no later than August 20, 2010.

IT IS SO ORDERED.

Dated ___August 5___, 2010

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

~~REQUEST FOR EXTENSION AND [PROPOSED]~~ ORDER
CASE NO. CV 09-02755 RMW (HRL)