**E-FILED on** 8/5/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNIVERSAL GRADING SERVICE, et al., <br><br>       Plaintiffs, <br><br>     v. <br><br> EBAY, INC., et al., <br><br>       Defendants. | No. C-09-2755 RMW <br><br> ORDER GRANTING DEFENDANT PROFESSIONAL NUMISMATISTS GUILD'S REQUEST FOR ADDITIONAL TIME <br><br> **[Re Docket No. 139]** |

   Defendant Professional Numismatists Guild Inc.'s request for five additional court days in which to file its reply papers in support of its motion to dismiss is granted. Defendant PNG shall file and serve its reply papers no later than August 20, 2010.

DATED:     8/5/10

_____
RONALD M. WHYTE
United States District Judge

ORDER GRANTING DEFENDANT PROFESSIONAL NUMISMATISTS GUILD'S REQUEST FOR ADDITIONAL TIME—No. C-09-2755 RMW
TER