JUNG H. PARK (SBN 209473)
ROPERS, MAJESKI, KOHN & BENTLEY
17 State Street, Suite 2400
New York, New York 10004
Telephone:   (212) 668-5927
Facsimile:   (212) 668-5929

ELISE R. VASQUEZ (SBN 201190)
ROPERS, MAJESKI, KOHN & BENTLEY
50 WEST SAN FERNANDO ST., SUITE 1400
SAN JOSE, CA 95113
TELEPHONE: (408) 287-6262
FACSIMILE: (408) 918-4501

*E-FILED - 3/2/11*

Attorneys for Defendant
AMERICAN NUMISMATIC ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNIVERSAL GRADING SERVICE, JOHN CALLANDRELLO, JOSEPH KOMITO and VADIM KIRICHENKO individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>eBAY, INC., a foreign corporation, AMERICAN NUMISMATIC ASSOCIATION, a foreign non-profit association, and PROFESSIONAL NUMISMATISTS GUILD, INC., a foreign corporation, BARRY STUPPLER & COMPANY, LLC.,<br><br>Defendants. | CASE NO. 5:09-cv-02755 (RMW/HRL)<br><br><br>**STIPULATION AND ORDER DISMISSING DEFENDANT AMERICAN NUMISMATIC ASSOCIATION WITH PREJUDICE** |

RC1/5685724.1/JP5

Plaintiffs Universal Grading Service, John Callandrello, Joseph Komito and Vadim Kirichenko (collectively referred hereafter as "Plaintiffs") and Defendant American Numismatic Association ("ANA") have settled Plaintiffs' action against ANA and Defendant Barry Stuppler & Company, LLC ("Stuppler"), who is being separately represented, with prejudice. The parties hereby stipulate to dismiss this case against ANA and Stuppler with prejudice.

**SO STIPULATED.**

MARINA TRUBITSKY & ASSOCIATES

/s/ Marina Trubitsky
By: Marina Trubitsky, Esq.
Attorneys for Plaintiffs
UNIVERSAL GRADING SERVICE, JOHN CALLANDRELLO, JOSEPH KOMITO and VADIM KIRICHENKO

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Jung H. Park
ANDREW L. MARGULIS (AM 9234)
JUNG H. PARK (JP 4500)
Attorneys for Defendant
AMERICAN NUMISMATIC ASSOCIATION

GOOD CAUSE APPEARING,

IT IS SO ORDERED.

Dated: 3/2 , 2011

_Ronald M. Whyte_
HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE