COOLEY LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
BENJAMIN F. CHAPMAN (234436) (bchapman@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:   (858) 550-6000
Facsimile:    (858) 550-6420

Attorneys for Defendant eBay Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNIVERSAL GRADING SERVICE, JOHN CALLANDRELLO, JOSEPH KOMITO and VADIM KIRICHENKO, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>eBAY INC., a foreign corporation, AMERICAN NUMISMATIC ASSOCIATION, a foreign non-profit association, and PROFESSIONAL NUMISMATISTS GUILD, INC., a foreign corporation, BARRY STUPPLER & COMPANY, LLC.,<br><br>Defendants. | Case No.  C 09 02755 RMW (HRL)<br><br>**ORDER GRANTING DEFENDANT EBAY INC.'S ADMINISTRATIVE MOTION TO EXTEND MEDIATION DEADLINE**<br><br>Judge:       Hon. Ronald M. Whyte<br>Trial Date:  Not yet set |

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

ORDER GRANTING DEFENDANT
EBAY'S ADMINISTRATIVE MOTION
C 09 02755 RMW (HRL)

1  **This Matter**, having come before the Court on Defendant eBay Inc.'s Administrative Motion to Extend the Deadline For Mediation, and having considered the opposition:

IT IS HEREBY ORDERED that eBay Inc.'s Administrative Motion is GRANTED, and the deadline for the ADR session is 120 days from the date eBay files an Answer in this matter, if ever.

**It Is So Ordered**.

Dated: ____06/28/2011____

_____
Hon. Ronald M. Whyte
United States District Judge

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

ORDER GRANTING DEFENDANT
EBAY'S ADMINISTRATIVE MOTION
C 09 02755 RMW (HRL)