**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GEORGE J. ZISER, SB# 51879
E-Mail: ziser@lbbslaw.com
JEFFREY R. LISENBEE, SB# 265518
E-Mail: lisenbee@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

*E-FILED - 7/22/11*

Attorneys for Defendant
PROFESSIONAL NUMISMATISTS GUILD, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNIVERSAL GRADING SERVICE, JOHN CALLANDRELLO, JOSEPH KOMITO and VADIM KIRICHENKO, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>eBAY, INC., AMERICAN NUMISMATIC ASSOCIATION, PROFESSIONAL NUMISMATISTS GUILD, INC., and BARRY STUPPLER & COMPANY, LLC,<br><br>Defendants. | CASE NO. CV-09-02755 RMW<br>The Hon. Ronald M. Whyte<br><br>**STIPULATION AND [ XXXXXXX ] ORDER DISMISSING DEFENDANT PROFESSIONAL NUMISMATICS GUILD, INC.** |

Plaintiffs UNIVERSAL GRADING SERVICE, JOHN CALLANDRELLO, JOSEPH KOMITO and VADIM KIRICHENKO (collectively referred hereafter as "Plaintiffs") and Defendant PROFESSIONAL NUMISMATISTS GUILD, INC. ("PNG") have settled Plaintiffs' action against PNG, with prejudice. The parties hereby stipulate to dismiss this case against PNG with prejudice.

///

///

///

**SO STIPULATED.**

DATED: July 13, 2011

MARINA TRUBITSKY & ASSOCIATES, PLLC

By /s/ Marina Trubitsky
Marina Trubitsky (pro hac vice)
Attorneys for Plaintiffs
UNIVERSAL GRADING SERVICE, JOHN CALLANDRELLO, JOSEPH KOMITO and VADIM KIRICHENKO

DATED: July 13, 2011

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Jeffrey R. Lisenbee
Jeffrey Lisenbee (265518)
Attorneys for Defendant
PROFESSIONAL NUMISMATISTS GUILD, INC.

**XXXXXXX ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 7/22/11

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
United States District Judge