E-filed on: 1/9/12

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNIVERSAL GRADING SERVICE, et al., | No. C-09-2755 RMW |
| Plaintiffs, | JUDGMENT |
| v. | |
| EBAY, INC., et al. | |
| Defendants. | |

On January 9, 2012, the court dismissed this action without prejudice. Therefore, it is hereby adjudged that plaintiffs take nothing by way of their complaint and that judgment be entered in favor of all defendants.

DATED:       January 9, 2012

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT
No. C-09-2755 RMW
CCL